# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| MARY ELIZABETH COOPER, | ) | |
| | ) | Case No. 4:22-cv-3 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| VIVIANT CARE MANAGEMENT, LLC, | ) | |
| and GLEN OAKS HEALTHCARE, LLC, | ) | |
| | ) | |
| *Defendants*. | | |

## ORDER

The documents provided by the parties demonstrate that Glen Oaks Healthcare LLC is an affiliated organization of Viviant Healthcare (Doc. 34-1, at 20), and that Glen Oaks LLC is wholly owned by BTGO Healthcare Holdings LLC (Doc. 31-1, at 5). BTGO Holdings LLC has a member that is a citizen of Tennessee. (Doc. 31-3.) "[F]ederal courts have a duty to consider their subject matter jurisdiction in regard to every case and may raise the issue sua sponte." *Answers in Genesis of Ky., Inc. v. Creation Ministries Int'l, Ltd.*, 556 F.3d 459, 465 (6th Cir. 2009). Diversity jurisdiction under 28 U.S.C. § 1332 requires "complete diversity," *see U.S. Motors v. Gen. Motors Europe*, 551 F.3d 420, 423–24 (6th Cir. 2008), and a limited-liability company possesses the citizenship of its members, *Delay v. Rosenthal Collins Grp., LLC*, 285 F.3d 1003, 1005 (6th Cir. 2009). For the purposes of diversity citizenship, Glen Oaks Healthcare LLC is a citizen of Tennessee because its owner, BTGO Healthcare Holdings LLC, has a member that is a Tennessee citizen. Because Plaintiff Mary Elizabeth Cooper is also a citizen of

Tennessee, there does not exist diversity jurisdiction in this matter. Accordingly, this action is

**DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT