UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MARY ELIZABETH COOPER, | ) | |
| | ) | Case No. 4:22-cv-3 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| GLEN OAKS HEALTHCARE LLC and | ) | |
| VIVIANT CARE MANAGEMENT LLC | ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

To aid the Court in determining whether it possesses subject-matter jurisdiction over this matter, the Court **ORDERS** the following: (1) Defendants shall authenticate the evidence provided in support of their position that BTGO HealthCare Holdings, LLC is the sole owner of Glen Oaks Healthcare LLC[1] ("Glen Oaks") by **May 1, 2023**; (2) Defendants shall file Glen Oaks' Operating Agreement, or provide a sworn statement that such a document does not exist by **May 1, 2023**; (3) if Plaintiff disputes the authenticity of Defendant's evidence, it must file any evidence challenging such authenticity by **May 8, 2023**; and (4) Plaintiff shall, by May 8, 2023, provide the Court with specific descriptions of what she seeks in jurisdictional discovery.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**

---

[1] These documents include the following: (1) the Limited Liability Company Agreement of BTGO Healthcare Holdings, LLC (Doc. 31-1); (2) the First Amendment to the Limited Liability Company Agreement of BTGO Healthcare Holdings, LLC (Doc. 31-2); (3) the Assignment Separate from Certificate (Doc. 31-3); (4) the Action by Written Consent of the Manager of BTGO Healthcare Holdings, LLC (Doc. 31-4); and (5) the Medicare Cost Report for 2021 (Doc. 34-1).

**UNITED STATES DISTRICT JUDGE**