# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| MARY ELIZABETH COOPER, | ) | |
| | ) | Case No. 4:22-cv-3 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| GLEN OAKS HEALTHCARE LLC and | ) | |
| VIVIANT CARE MANAGEMENT LLC | ) | |
| | ) | |
| *Defendant*s. | ) | |

## ORDER

Following remand from the United States Court of Appeals for the Sixth Circuit (Doc. 40), before the Court is the question of whether it possess subject-matter jurisdiction over this matter.  Also before the Court is Plaintiff Mary Elizabeth Cooper's motion for jurisdictional discovery (Doc. 24).

While evaluating whether it possessed subject-matter jurisdiction over this action, the Court observed that Defendants' previously submitted evidence in support of their position that BTGO HealthCare Holdings, LLC is the sole of owner of Glen Oaks Healthcare LLC ("Glen Oaks") lacked authentication.  Accordingly, on April 25, 2023, the Court ordered that Defendants authenticate this evidence by May 1, 2023.  (Doc. 42.)  The Court also ordered Defendants to file Glen Oaks' Operating Agreement or provide a sworn statement that such a document does not exist and ordered Cooper to provide the Court with a specific description of what she seeks in jurisdictional discovery.  (*Id.*)  Defendants ignored this order and failed to respond.  Therefore, the Court will **GRANT** Cooper's motion for jurisdictional discovery. Defendants shall respond to Cooper's requested discovery (Doc. 43-1) by **June 26, 2023**.  The

parties shall file any supplemental briefings regarding subject-matter jurisdiction, which are not to exceed ten pages, by **July 10, 2023**.

**SO ORDERED.**

_/s/ Travis R. McDonough_
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**