UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

MARY ELIZABETH COOPER,

    Plaintiff,

v.

GLEN OAKS HEALTHCARE, LLC
d/b/a VIVIANT HEALTHCARE OF
SHELBYVILLE f/k/a GLEN OAKS
HEALTH AND REHABILITATION, and
VIVIANT CARE MANAGEMENT, LLC,

    Defendants.

No. 4:22-CV-00003
Jury Demanded
Judge Travis R. McDonough
Magistrate Judge Christopher H. Steger

## AGREED STIPULATION

COME NOW, the parties, Plaintiff Mary Elizabeth Cooper, and Defendants Glen Oaks Healthcare, LLC d/b/a Viviant Healthcare of Shelbyville f/k/a Glen Oaks Health and Rehabilitation, and Viviant Care Management, LLC, by and through their undersigned counsel, and pursuant to Local Rule 68.1 submit this agreed stipulation and give notice to the Court that the matter in controversy has been compromised and settled. The parties shall file a proposed Agreed Order of Dismissal with Prejudice to the Court pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), upon the execution of a confidential settlement agreement and release.

1

Respectfully submitted this 6th day of October, 2023.

                Respectfully submitted by:

                  HALL BOOTH SMITH, P.C.

                <u>/s/Madison C. Bryant</u>                t
                **BRYANT C. WITT, BPR # 018295**
                **MADISON C. BRYANT, BPR #036149**
                Fifth Third Center
                424 Church Street, Suite 2950
                Nashville, TN 37219
                (615) 313-9911 (Telephone)
                (615) 313-8008 (Facsimile)
                bwitt@hallboothsmith.com
                mbryant@hallboothsmith.com
                *Attorneys for Defendants*

                **THE HIGGINS FIRM, PLLC**

                 */s/ Benjamin J. Miller (with permission*
                              *by Madison C. Bryant)*

                **BENJAMIN J. MILLER, BPR #25575**
                **SARAH L. MARTIN, BPR #037707**
                525 4th Ave. S.
                Nashville, TN 37210
                Telephone: 615.353.0930
                ben@higginsfirm.com
                smartin@higginsfirm.com
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this **AGREED STIPULATION** was served via e-mail and/or the Court's electronic filing system on October 6, 2023, to the following:

Benjamin J. Miller
Sarah L. Martin
The Higgins Firm, PLLC
525 4th Avenue South
Nashville, TN 37210
ben@higginsfirm.com
smartin@higginsfirm.com

**HALL BOOTH SMITH, P.C.**

*/s/Madison C. Bryant*
Madison C. Bryant